Adam F. Sloustcher (SBN 291657)
E-Mail: asloustcher@fisherphillips.com
Danielle Hultenius Moore (SBN 232480)
E-Mail: dmoore@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Vincent J. Adams (SBN 249696)
E-Mail: vadams@fisherphillips.com
FISHER & PHILLIPS LLP
1 Montgomery Street, Suite 3400
San Francisco, California 94104
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
HEADLANDS VENTURES, LLC dba MIKE'S BIKES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK MIKITEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>HEADLANDS VENTURES, LLC dba MIKE'S BIKE; PHILIP L. OHAY,<br><br>                    Defendants. | Case No: 3:22-cv-01198-JSC<br><br>**DEFENDANT HEADLANDS VENTURES, LLC DBA MIKE'S BIKES' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND FRCP 7.1** |

Pursuant to Civil L.R. 3-15, the undersigned counsel of record for Defendant HEADLANDS VENTURES, LLC dba MIKE'S BIKES ("Defendant") certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

DEFENDANT HEADLANDS VENTURES, LLC DBA MIKE'S BIKES' CERTIFICATE OF INTERESTED
ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND FRCP 7.1
FP 44310669.1

1.    Plaintiff ERICK MIKITEN, a party to this litigation;

2.    Defendant HEADLANDS VENTURES, LLC dba MIKE'S BIKES, a party to this litigation,

3.    Defendant PHILIP L. OHAY, a party to this litigation.

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant HEADLANDS VENTURES, LLC dba MIKE'S BIKES certifies that no publicly held corporation owns a 10% or more interest in Defendant HEADLANDS VENTURES, LLC dba MIKE'S BIKES. Defendant HEADLANDS VENTURES, LLC dba MIKE'S BIKES' parent corporation is Pon Bicycle Holdings US, Inc.

Dated: June 22, 2022                    FISHER & PHILLIPS LLP

By:    _/s/ Vincent J. Adams_
ADAM F. SLOUSTCHER
DANIELLE HULTENIUS MOORE
VINCENT J. ADAMS
Attorneys for Defendant
HEADLANDS VENTURES, LLC
dba MIKE'S BIKES

DEFENDANT HEADLANDS VENTURES, LLC DBA MIKE'S BIKES' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND FRCP 7.1

FP 44310669.1