PAUL L. REIN, Esq. (SBN 43053)
AARON M. CLEFTON, Esq. (SBN 318680)
REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone:    510/832-5001
Facsimile:     510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ERICK MIKITEN

ADAM F. SLOUSTCHER (SBN 291657)
E-Mail: asloustcher@fisherphillips.com
DANIELLE HULTENIUS MOORE (SBN 232480)
E-Mail: dmoore@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

VINCENT J. ADAMS (SBN 249696)
Email: vadams@fisherphillips.com
FISHER & PHILLIPS LLP
One Embarcadero Center, Suite 2050
San Francisco, California 94111
Telephone: (415) 490-9000
Facsimile: (415) 490-9001

Attorneys for Defendant
HEADLANDS VENTURES, LLC (erroneously sued
as HEADLANDS VENTURES, LLC dba MIKE'S BIKES)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK MIKITEN<br><br>         Plaintiff,<br><br>    v.<br><br>HEADLANDS VENTURES, LLC dba MIKE'S BIKES; PHILIP L. OHAY<br><br>         Defendants. | CASE NO. 3:22-cv-01198-JSC<br><u>Civil Rights</u><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  February 25, 2022 |

**STIPULATION**

Plaintiff ERICK MIKITEN ("Plaintiff") and Defendant HEADLANDS VENTURES, LLC, ("Defendant") – Plaintiff and Defendant together the "Parties" – by and through their respective counsel, hereby stipulate and request, pursuant to FRCP Rule 41(a), that the Court order that all of Plaintiff's claims asserted against all named Defendants in this action be dismissed with prejudice, with each party to bear their own costs and expenses.

**IT IS SO STIPULATED.**

DATED: February 8, 2023          REIN & CLEFTON

                                  */s/ Aaron Clefton*
                                  AARON CLEFTON, Esq.
                                  Attorneys for Plaintiff
                                  ERICK MIKITEN


DATED: February 8, 2023          FISHER & PHILLIPS, LLP

                                  */s/ Vincent J. Adams*
                                  VINCENT J. ADAMS
                                  Attorneys for Defendant
                                  HEADLANDS VENTURES, LLC (erroneously sued as HEADLANDS VENTURES, LLC dba MIKE'S BIKES)

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on February 8, 2023, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Vincent J. Adams, Esq. in the filing of this document.

                                  */s/ Aaron Clefton*
                                  Aaron Clefton

# [~~PROPOSED~~] ORDER

Pursuant to stipulation of the parties, and for good cause shown, all of the pending claims asserted against all named Defendants in this action are hereby dismissed with prejudice.

**IT IS SO ORDERED**

Dated: __Feb. 13__, 2023

_____
Honorable Jacqueline Scott Corley
U.S. District Court Judge